JS-6

# UNITED STATES DISTRICT COURT
# SANTA ANA DISTRICT COURT
# WESTERN DIVISION

| | | |
|---|---|---|
| SONIA E. ESPINOZA, | ) | Case No.: 2:19-cv-02815-JDE |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' Stipulation (Dkt. 19), the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: December 30, 2019

JOHN D. EARLY
United States Magistrate Judge

-1-